


# JACSKON POLICE DEPARTMENT
## STATEMENT OF CHARGES

**Name/Rank:** Phillip Kemper - Major         **Emp #:** 2375     **Date:** 1/29/25

Notice is hereby given that you are charged with violation(s) of Departmental Regulations as shown below:

| DR# | | DR# | |
|---|---|---|---|
| DR# | 104 Personal Conduct - 2nd | DR# | 202 Giving Testimonial/Seeking Publicity/News/Media |
| DR# | 107 Courtesy | DR# | 303 Harassment |
| DR# | 124 Off Duty Employment | DR# | 606 Reporting Changes in Personal Status |
| DR# | 302 Intimidation | | General Order Violation A-245 Off Duty Employment Procedures |

**Date of Occurrence:**

---

City Policy Violation - Anti-Bullying in the Workplace
City Policy Violation - Secondary Employment pg. 13
City Policy Violation - Employee Conduct Policy pg. 17
City Policy Violation - Harassment pg. 18
City Policy Violation - Violence in the Workplace pg. 19




***SEE ATTACHMENT FOR STATEMENT OF PARTICULARS***

---

Use Reverse Side if necessary

**Commanding Officer:** _____

**Internal Affairs Officer:** Lt. Todd, [signature]

**Written Response Ordered:** [ ] Yes  [ ] No

I acknowledge receipt of this notice and understand that further investigation may result in additional charges, amendments of the above charges, or dismissal of these charges. I further understand that a written response to these charges at this time is at my discretion unless specifically instructed to file same by the issuing officer. My signature only acknowledges receipt of this notice and does not constitute my admission of guilt.

**Signature of Officer:** [signature]

**Was Officer relieved of duty?**

**Reviewed by:**  [ ] Chief    [ ] Division Commander    [ ] Shift Commander

JPD Form # 176-2020



EXHIBIT 2




# JACKSON POLICE DEPARTMENT
## ADMINISTRATIVE SUMMONS

Date: 2/11/25

Jackson Police Department

IAB# PSIU 2025 - 03

vs.

| Phillip Kemper | Major | C.I.D. |
|---|---|---|
| Name | Rank | Assignment |

## I. Allegation (Brief Statement of Complaint):

On or about March 12, 2021 the Professional Standards and Integrity Unit was made aware of a complaint made by Investigator Michael Arnold #2485 in reference to rudeness and unprofessional conduct by Major Philip Kemper. Arnold's complaint stated that on March 5, 2021 outside at the JPD Annex, Major Kemper addressed him inappropriately and embarrassed him in front of friends and co-workers during a fund raiser for Officer William Mullins deceased wife. This incident was concerning to several patrons that were present in support of Officer Mullins. At some point after Arnold's complaint, an outside independent investigator was assigned by the Human Resource Department.

On August 17, 2021, Major Kemper met with the Mayor at City Hall. According to the Mayor's statement, their meeting ended with Major Kemper being belligerent and making threats directed at him and he banned Kemper from coming to his office. As a result of the Independent Investigator's preliminary investigation involving Major Kemper, he was placed on paid administrative leave on December 21, 2021 by Director Lynn Henning. After being placed on paid leave, on December 22, 2021 there was another incident reported involving Major Kemper's conduct at the Election Commission Office. It appears since March 5, 2021 to present, Major Kemper has violated multiple city policies and department rules and regulations.

## II. Rule, Regulation or Orders Violated:

DR-104 Personal Conduct, DR-107 Courtesy, DR-124 Off Duty Employment, DR- 202 Giving Testimonial/Seek Publicity/News/Media, DR-302 Intimidation, DR-303 Harassment, and DR-606 Reporting Changes in Personal Status
General Order Violation A-245 Off Duty Employment Procedures, City Policy Violation - Anti-Bullying in the Workplace
City Policy Violation - Secondary Employment pg. 13, City Policy Violation - Employee Conduct Policy pg. 17
City Policy Violation - Harassment pg. 18, City Policy Violation - Violence in the Workplace pg. 19

## III. Hearing:

Date: February 18, 2025
Place: Chief's Conference Room
Time: 10:00 A.M.

### YOU ARE ENTITLED TO REPRESENTATION DURING THIS HEARING

Served By: _Lt. [signature]_  Rank: _Lt._  Assignment: _PSIU_

Date: 2-12-2025   Time: 15:00

Signature of Officer: _[signature] Phillip K_

JPD Form #179-2020

## STATEMENT OF CHARGES
MAJOR PHILLIP KEMPER
## STATEMENT OF PARTICULARS

The following policies and procedures may have been violated:

### DR 104 PERSONAL CONDUCT

The conduct of all employees, both on or off-duty is expected to be such that it does not reflect adversely on other employees, the Department, the City or the law enforcement profession. This regulation applies to both the professional and private conduct of all employees. It prohibits all conduct which is contrary to department policy and procedure or that otherwise reflects adversely on the department or its employees. It includes not only all acts unlawful in themselves, but those that would bring disrespect upon or degrade the employee or the Department.

- This is the Major Phillip Kemper's second offense for violation of D.R. 104 Personal Conduct. His first violation was on April 7, 2022. It was a Level C violation and he received a two day suspension.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable. He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a Captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit." To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

   She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her. In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Wiser's statement when there was an issue with the three day deposit rule, which the Chief handled the discipline.
  Kemper was not satisfied with Chief handling this, and when Benton questioned something about the discipline, Kemper flew off the handle and alleged Benton was then insubordinate. He appeared hyper focused on Benton. Last year, specifically, there began to be a marked change in his behavior. Kemper began to act more paranoid, and thought everyone around him was out to get him.

- This may be supported by Wiser's statement that he has had trouble holding staff meetings because others do not want to be around Kemper. Things appear to be very personal with Kemper. Wiser gave several examples of Kemper's erratic behavior, including the timing of Kemper's complaint against Wiser, which happened within two to three days of Kemper finding out about the Arnold grievance. The timing was consistent with the steadily increasing paranoid behavior.

- This may be supported by Story's statement that he has only had one direct "run in" with him during in-service active shooter training. After it was over, Kemper got in Story's face because he had heard that Story had said something about another supervisor. He got loud and pointed his finger in Story's face. He has observed Kemper with lots of animosity towards Jackie Benton, specifically. He has seen him riding around to see what Benton is doing with her time. He described the March 4, 2021 event as very inappropriate; his wife was present and wrote a letter about what she observed, which was inappropriate profanity and screaming by Kemper to Arnold in front of civilians.

- This may be supported by Siler's statement that when Kemper was promoted, you suddenly were not allowed to disagree with him. There was no compromising. He was angry. There were shouting matches with Wiser. The more he advanced in rank, the more pronounced the problems became. He had disagreements with those that outranked him. He tried to run over everyone. Siler believes he has a mental health or anger issue. He flies off of the handle in every way possible. He has learned now who in the department will tolerate this behavior. Jackie Benton has cried in his office because of how Kemper has treated her.

Many of the subordinates worried about the repercussions of notifying others of his behavior, because he is vindictive. He has never seen anything like the way Kemper treats people, in such a poor way. Kemper has been to supervisor training at the FBI academy, and each rank has additional training on how to talk to subordinates. Kemper knows better than most how he is not supposed to talk to anyone in law enforcement that way. The employees are belittled and demeaned.

He describes Kemper as a grudge holder, and that he has not observed any justifiable incident with respect to the treatment of Jackie Benton. Kemper self-initiated the audit of the seizure money to try to get her in trouble. Jackie was not the only person with access - Kemper had access, too. He micromanages, and believes no one can do it correctly except him. He uses the threat of negative consequences, fear and intimidation to gain respect for his rank. He has knowledge of spying on Jackie Benton, driving around the parking lot, jumping the chain of command, and has had two personal negative interactions with Kemper. He specifically expressed that lots of people dread coming to work because of Kemper, and that Kemper will cause JPD to lose employees and that this is costing the city.

- This may be supported by Chris Long's statement the he headed up the fundraiser on March 4, 2021. He observed Kemper raising his voice and yelling. He has never seen him otherwise do that.

- This may be supported by Kelly Gregory's statement that before he was removed from the unit, she went to work every day, and cried daily coming home. She has seen him lose his temper. She does not know how he will react. You never know what you were going to get.

  Gregory stated, "Working for Kemper was a nightmare." She witnessed multiple incidents and was scared the same attitude was going to be implemented towards her. If he comes back to be her boss, she cannot work for him. He is not stable and has a weapon.

  She has seen Kemper intimidate and yell at multiple people, including Jody Pickens. He stood in her office once yelling at Lt. Long, "We don't f-ing work for Jody Pickens! He doesn't tell us how to do our jobs!"

  She was present at the March 4, 2021, fundraiser, helping to bag up food. She observed him yelling at the entire unit, "There always should be two people counting money." She wanted to leave. She is aware of him driving by Benton at the impound lot to intimidate her and driving through the parking lot after he was removed as her boss where she was, multiple times a day, to intimidate her. He stopped in front of her car while she was in it one time, and he knew she could see him, and she did not know what he was going to do.

  She has heard him yelling at Chief Wiser in the hallway. He has no regard for rank. He told her that he went to the Mayor and threatened him about releasing information to the media and the Mayor had to ask him to leave.

  Marianna Forsyth has also had issues with Kemper, and she called Kelly. He basically puffed his chest out and physically backed her into the office and told Forsyth that he did not care if she made a complaint.

  She was also told that if any of them were talking or speaking to Jackie Benton that would be "it" - they would be moved or fired. Lt Long relayed the message to Metro Narcotics on behalf of Kemper. He stood in the middle of the hallway and addressed everyone in the hallway.

  She stated that Kemper has also went through Benton's mail; he would get the mail and open it and see what it was, if it was a seizure mail, he would give it to Kelly to log.
  He would intercept Benton's interoffice mail. Gregory does not think Kemper likes women in any position of authority. Gregory mentioned Benton's write up that did not go Kemper's way, and how he was out to get Benton, almost a stalking pattern of behavior. He is the same way with the Chief. He wants to know where the Chief is and what he is doing.

- This may be supported by Mayor's Conger statement in reference to a meeting he had with Major Kemper on August 17, 2021. During the meeting, Mayor Conger was questioning the merits of Majors Kemper's statements in reference to Chief Wiser's leadership. He asked if he could verify the statements from his sources or was it hearsay and would a judge accept what he was saying as fact or hearsay.

Mayor Conger stated the Kemper became visibly angry and told him that he was going to force his hand. The Mayor asked if that was a threat and Kemper denied. The Mayor stated that he was trying to gather the facts but Kemper became belligerent. The Mayor informed him that he would not let him threaten him and that this would be the last time he would be allowed in his office. Kemper stated as he walked out that the next time he would be here with his attorney.

- This may be supported by Lori Lott's statement that on December 22, 2021, Kemper came to the Election Commission Office. She had no idea who he was or what he wanted a petition for. Immediately, he began to scream - "am I going to have to get my attorney down here to be able to file a petition?" He began yelling immediately.

**DR 107 COURTESY**
An employee will be courteous, civil and respectful in their conduct toward all persons. The use of coarse, profane, vulgar or discourteous language to any employee, subordinate or citizen is prohibited.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable.

  He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a Captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit." To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door, accusing her of stealing funds; parking in the parking lot to watch her at JPD to make her uneasy; writing her up for false charges (insubordination as opposed to neglect of duty); and other instances as detailed in her documentation.

  She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her. In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Mayor's Conger statement in reference to a meeting he had with Major Kemper on August 17, 2021. During the meeting, Mayor Conger was questioning the merits of Majors Kemper's statements in reference to Chief Wiser's leadership. He asked if he could verify the statements from his sources or was it hearsay and would a judge accept what he was saying as fact or hearsay.

    Mayor Conger stated the Kemper became visibly angry and told him that he was going to force his hand. The Mayor asked if that was a threat and Kemper denied. The Mayor stated that he was trying to gather the facts but Kemper became belligerent. The Mayor informed him that he would not let him threaten him and that this would be the last time he would be allowed in his office. Kemper stated as he walked out that the next time he would be here with his attorney.

- This may be supported by Lori Lott's statement that on December 22, 2021, Kemper came to the Election Commission Office. She had no idea who he was or what he wanted a petition for. Immediately, he began to scream - "am I going to have to get my attorney down here to be able to file a petition?" He began yelling immediately.

**GENERAL ORDER # A-245 OFF DUTY EMPLOYMENT PROCEDURES**

2.   Limitations on Regular Off-Duty Employment and Extra-Duty Employment are as follows:

   a. In order to be eligible for off-duty employment, the employee must have prior department approval.

4.   Applications for Off-Duty Employment

The employee shall make application for off-duty employment using the "Request for Permission Off Duty Employment" Jackson Police Department Form #169.

The application will be given to the employee's immediate supervisor and forwarded through the chain of command. Each supervisor in the chain will acknowledge the request by approval or non-approval completing the chain at the Chief of Police, a copy of the application and the disposition of the Department will be forwarded to the employee and his Division Commander for filing.

- This may be supported by the fact that while on paid administrative leave, Kemper moved to 1533 Laurenwood Way Highlands Ranch Colorado and 5539 Jaguar Way Highlands Ranch Colorado while working at Cherry Hill Community Church as the security director. Kemper then moved from Colorado to 88 Chamberlain Dr. Humboldt, TN and is currently working as Intern Chief of Police for the Medina Police Department without reporting it or obtaining permission for secondary, off duty employment or extra-duty employment for either of these positions.

**DR 124 OFF DUTY EMPLOYMENT**
Employees will not participate directly or indirectly in the ownership, operation or maintenance of any business when that participation is prohibited by Department policy, orders or directives.

- This may be supported by the fact that while on paid administrative leave, Kemper moved to 1533 Laurenwood Way Highlands Ranch Colorado and 5539 Jaguar Way Highlands Ranch Colorado while working at Cherry Hill Community Church as the security director. Kemper then moved from Colorado to 88 Chamberlain Dr. Humboldt, TN and is currently working as Intern Chief of Police for the Medina Police Department without reporting it or obtaining permission for secondary, off duty employment or extra-duty employment for either of these positions.

### DR 202 GIVING TESTIMONIALS/SEEKING PUBLICITY/NEWS MEDIA

An employee will not give testimonies or permit their name or photograph to be used for advertising purposes without the approval of the Chief of Police. An employee will not seek personal publicity either directly or indirectly in the course of their employment.

Employees requested to appear before any group or organization as a representative of the Department must first obtain the approval of the Chief of Police or appropriate Division Commander. Employees will not give media interviews as a result of their employment on any matter without prior approval. When employees are approached by media personnel whether at the scene of an incident or not, the employee will direct the media to the ranking Supervisor or Senior Officer Onsite.

Employees will not make any public statements, conduct interviews, engage in activities, deliberations or discussions pertaining to the Department which could reasonably be foreseen as impairing the discipline, efficiency, public service or public confidence in the Department or its employees by: Making false statements, or reckless statements or accusations.

The use of defamatory language, invective or epithets. Employees will not communicate information relating to official police matters, except to authorized persons. Employees will treat the official business of the Department as confidential.

- This may be supported by Kemper appearance on 101.5. Employees will not give media interviews as a result of their employment on any matter without prior approval.

- This may be supported by Lori Lott's statement that he began to record their exchange on his phone, and when he began recording, his whole demeanor changed, and he became a different person. He later played a portion of the recording on the radio (101.5).

### DR 302 INTIMIDATION

Employees will not use force, threats, or threats of force, implied or direct, to intimidate, coerce or pressure any person or group of persons.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable. He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain.

He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit." To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Kelly Gregory's statement that before he was removed from the unit, she went to work every day, and cried daily coming home. She has seen him lose his temper. She does not know how he will react. You never know what you were going to get.

Gregory stated, "Working for Kemper was a nightmare." She witnessed multiple incidents and was scared the same attitude was going to be implemented towards her. If he comes back to be her boss, she cannot work for him. He is not stable and has a weapon.

She has seen Kemper intimidate and yell at multiple people, including Jody Pickens. He stood in her office once yelling at Lt. Long, "We don't f-ing work for Jody Pickens! He doesn't tell us how to do our jobs!" She was present at the March 4, 2021, fundraiser, helping to bag up food.

She observed him yelling at the entire unit, "There always should be two people counting money." She wanted to leave.

She is aware of him driving by Benton at the impound lot to intimidate her and driving through the parking lot after he was removed as her boss where she was, multiple times a day, to intimidate her. He stopped in front of her car while she was in it one time, and he knew she could see him, and she did not know what he was going to do.

She has heard him yelling at Chief Wiser in the hallway. He has no regard for rank. He told her that he went to the Mayor and threatened him about releasing information to the media and the Mayor had to ask him to leave. Marianna Forsyth has also had issues with Kemper, and she called Kelly. He basically puffed his chest out and physically backed her into the office and told Forsyth that he did not care if she made a complaint.

She was also told that if any of them were talking or speaking to Jackie Benton that would be "it" - they would be moved or fired. Lt Long relayed the message to Metro Narcotics on behalf of Kemper. He stood in the middle of the hallway and addressed everyone in the hallway.

She stated that Kemper has also went through Benton's mail; he would get the mail and open it and see what it was, if it was a seizure mail, he would give it to Kelly to log. He would intercept Benton's interoffice mail. Gregory does not think Kemper likes women in any position of authority. Gregory mentioned Benton's write up that did not go Kemper's way, and how he was out to get Benton, almost a stalking pattern of behavior. He is the same way with the Chief. He wants to know where the Chief is and what he is doing.

- This may be supported by Mari Anna Forsythe statement of having a prior grievance with Sue Casey. Kemper told her, "If you don't like it, file a grievance." She was so badgered by him; she was concerned about retaliation if she filed one. She did what she could, instead, to try to keep him calm.

7

- This may be supported by Mayor's Conger statement in reference to a meeting he had with Major Kemper on August 17, 2021. During the meeting, Mayor Conger was questioning the merits of Majors Kemper's statements in reference to Chief Wiser's leadership. He asked if he could verify the statements from his sources or was it hearsay and would a judge accept what he was saying as fact or hearsay.

  Mayor Conger stated the Kemper became visibly angry and told him that he was going to force his hand. The Mayor asked if that was a threat and Kemper denied. The Mayor stated that he was trying to gather the facts but Kemper became belligerent. The Mayor informed him that he would not let him threaten him and that this would be the last time he would be allowed in his office. Kemper stated as he walked out that the next time he would be here with his attorney.

- This may be supported by Lori Lott's statement that on December 22, 2021, Kemper came to the Election Commission Office. She had no idea who he was or what he wanted a petition for. Immediately, he began to scream "am I going to have to get my attorney down here to be able to file a petition?" He began yelling immediately.

**DR 303 HARASSMENT**
Employees will not use their authority or official position to harass, embarrass, degrade, ridicule, oppress or torment any person or group of persons or take action against any person or group of persons to prevent them from exercising lawful and/or constitutionally protected rights.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice.
  The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable. He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain.

  He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit." To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

  She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her.

8

In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Wiser's statement when there was an issue with the three day deposit rule, which the Chief handled the discipline. Kemper was not satisfied with Chief handling this, and when Benton questioned something about the discipline, Kemper flew off the handle and alleged Benton was then insubordinate. He appeared hyper focused on Benton.
Last year, specifically, there began to be a marked change in his behavior. Kemper began to act more paranoid, and thought everyone around him was out to get him.

- This may be supported by Story's statement that he has only had one direct "run in" with him during in-service active shooter training. After it was over, Kemper got in Story's face because he had heard that Story had said something about another supervisor. He got loud and pointed his finger in Story's face.

   He has observed Kemper with lots of animosity towards Jackie Benton, specifically. He has seen him riding around to see what Benton is doing with her time.

   He described the March 4, 2021 event as very inappropriate; his wife was present and wrote a letter about what she observed, which was inappropriate profanity and screaming by Kemper to Arnold in front of civilians.

**DR 606 REPORTING CHANGES IN PERSONAL STATUS**
Employees shall report to their supervisor and the office of the Chief of Police any change in address, telephone number, legal name, educational level, etc. In order to maintain current files, such information will be furnished no later than twenty-four (24) hours after it becomes effective.

- This may be supported by the fact that while on paid administrative leave, Kemper moved to 1533 Laurenwood Way Highlands Ranch Colorado and 5539 Jaguar Way Highlands Ranch Colorado while working at Cherry Hill Community Church as the security director. Kemper then moved from Colorado to 88 Chamberlain Dr. Humboldt, TN and is currently working as Intern Chief of Police for the Medina Police Department without reporting it or obtaining permission for secondary employment.

**CITY OF JACKSON EMPLOYEE CONDUCT POLICY**
It is the policy of the City of Jackson that certain rules and regulations regarding employee behavior are necessary for efficient operations and for the benefit and safety of all employees. Conduct that interferes with operations, discredits the City, or is offensive to co-workers will not be tolerated.

Employees are expected at all times *to* conduct themselves in a positive manner in order to promote the best interests of the City. It is the duty of each employee to ensure that the workplace is safe and conducive *to* harmonious relations with fellow employees. Each employee is encouraged to report any questionable activity, violation or behavior that reflects negatively on the employees, the Department or the City, to the Supervisor or a member of Management.

9

Each employee is protected from retaliation for reporting activities that he/she believes violate a law, policy or regulation; participating in an investigation of an alleged violation or refusing to participate in any conduct that violates a law, policy or activity, which poses a threat to health or safety.

Employees who make bad faith accusations and/or complaints will be subject to disciplinary action, up to and including termination of employment. Employees are encouraged to follow the chain of command in reporting inappropriate conduct. However, employees may circumvent the chain of command and make reports either to the Human Resources Director or to the Mayor, if it is necessary to safeguard the integrity of their complaints. (Refer to your Employee Conduct Policy for specifics, or contact the Human Resources Department).

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable. He frames it as being "chewed out" by Kemper.

  In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit."

  To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Arnold's statement that he has experienced such retaliation; for instance, three weeks after he complained about Kemper's behavior, and Kemper was made aware, Arnold's entire unit was moved from day shift (8:00 - 4:00, Monday-Friday) to night shift (2:00-10:00, Tuesday- Saturday).

  While the unit had been known to be moved for scheduling for a few weeks occasionally, it was made clear to Arnold that this was retaliation for his complaint. Sgt. Cobb told him the shift changes was due to him filing the complaint on April 24, 2021. Lt. Long stopped speaking to Arnold when he made the complaint, after almost daily communicating with him. Long began to restrict the ability of others to work from home (COVID-issue) but often gave himself permission to be outside of the office after the complaint was filed. Arnold began to be treated like an outsider by his own unit, and he was advised "through the grapevine" that the complaint never should have been filed, and he could expect to be treated like that when he files a complaint against a supervisor.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

10

She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her. In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Wiser's statement when there was an issue with the three day deposit rule, which the Chief handled the discipline. Kemper was not satisfied with Chief handling this, and when Benton questioned something about the discipline, Kemper flew off the handle and alleged Benton was then insubordinate. He appeared hyper focused on Benton.
Last year, specifically, there began to be a marked change in his behavior. Kemper began to act more paranoid, and thought everyone around him was out to get him.

- This may be supported by Wiser's statement that he has had trouble holding staff meetings because others do not want to be around Kemper. Things appear to be very personal with Kemper. Wiser gave several examples of Kemper's erratic behavior, including the timing of Kemper's complaint against Wiser, which happened within two to three days of Kemper finding out about the Arnold grievance. The timing was consistent with the steadily increasing paranoid behavior.

- This may be supported by Corley's statement that when Kemper frequently became inappropriately agitated with the Chief and had to be reminded of his rank. Corley observed Kemper micromanaging Benton unnecessarily. He has observed Kemper's anger escalate in recent months.

- This may be supported by Story's statement that he has only had one direct "run in" with him during in-service active shooter training. After it was over, Kemper got in Story's face because he had heard that Story had said something about another supervisor. He got loud and pointed his finger in Story's face. He has observed Kemper with lots of animosity towards Jackie Benton, specifically. He has seen him riding around to see what Benton is doing with her time. He described the March 4, 2021 event as very inappropriate; his wife was present and wrote a letter about what she observed, which was inappropriate profanity and screaming by Kemper to Arnold in front of civilians.

- This may be supported by Siler's statement that when Kemper was promoted, you suddenly were not allowed to disagree with him. There was no compromising. He was angry. There were shouting matches with Wiser. The more he advanced in rank, the more pronounced the problems became. He had disagreements with those that outranked him. He tried to run over everyone. Siler believes he has a mental health or anger issue. He flies off of the handle in every way possible. He has learned now who in the department will tolerate this behavior. Jackie Benton has cried in his office because of how Kemper has treated her.

Many of the subordinates worried about the repercussions of notifying others of his behavior, because he is vindictive. He has never seen anything like the way Kemper treats people, in such a poor way.

11

Kemper has been to supervisor training at the FBI academy, and each rank has additional training on how to talk to subordinates. Kemper knows better than most how he is not supposed to talk to anyone in law enforcement that way. The employees are belittled and demeaned.

He describes Kemper as a grudge holder, and that he has not observed any justifiable incident with respect to the treatment of Jackie Benton. Kemper self-initiated the audit of the seizure money to try to get her in trouble. Jackie was not the only person with access - Kemper had access, too.

He micromanages, and believes no one can do it correctly except him. He uses the threat of negative consequences, fear and intimidation to gain respect for his rank. He has knowledge of spying on Jackie Benton, driving around the parking lot, jumping the chain of command, and has had two personal negative interactions with Kemper.

He specifically expressed that lots of people dread coming to work because of Kemper, and that Kemper will cause JPD to lose employees and that this is costing the city.

- This may be supported by Chris Long's statement the he headed up the fundraiser on March 4, 2021. He observed Kemper raising his voice and yelling. He has never seen him otherwise do that.

- This may be supported by Kelly Gregory's statement that before he was removed from the unit, she went to work every day, and cried daily coming home. She has seen him lose his temper. She does not know how he will react. You never know what you were going to get. Gregory stated, "Working for Kemper was a nightmare." She witnessed multiple incidents and was scared the same attitude was going to be implemented towards her. If he comes back to be her boss, she cannot work for him. He is not stable and has a weapon.

She has seen Kemper intimidate and yell at multiple people, including Jody Pickens. He stood in her office once yelling at Lt. Long, "We don't f-ing work for Jody Pickens! He doesn't tell us how to do our jobs!"
She was present at the March 4, 2021, fundraiser, helping to bag up food. She observed him yelling at the entire unit, "There always should be two people counting money." She wanted to leave.

She is aware of him driving by Benton at the impound lot to intimidate her and driving through the parking lot after he was removed as her boss where she was, multiple times a day, to intimidate her. He stopped in front of her car while she was in it one time, and he knew she could see him, and she did not know what he was going to do.

She has heard him yelling at Chief Wiser in the hallway. He has no regard for rank. He told her that he went to the Mayor and threatened him about releasing information to the media and the Mayor had to ask him to leave. Marianna Forsyth has also had issues with Kemper, and she called Kelly. He basically puffed his chest out and physically backed her into the office and told Forsyth that he did not care if she made a complaint.

She was also told that if any of them were talking or speaking to Jackie Benton that would be "it" - they would be moved or fired. Lt Long relayed the message to Metro Narcotics on behalf of Kemper. He stood in the middle of the hallway and addressed everyone in the hallway.

She stated that Kemper has also went through Benton's mail; he would get the mail and open it and see what it was, if it was a seizure mail, he would give it to Kelly to log. He would intercept Benton's interoffice mail. Gregory does not think Kemper likes women in any position of authority. Gregory mentioned Benton's write up that did not go Kemper's way, and how he was out to get Benton, almost a stalking pattern of behavior. He is the same way with the Chief. He wants to know where the Chief is and what he is doing.

- This may be supported by Mayor's Conger statement in reference to a meeting he had with Major Kemper on August 17, 2021. During the meeting, Mayor Conger was questioning the merits of Majors Kemper's statements in reference to Chief Wiser's leadership. He asked if he could verify the statements from his sources or was it hearsay and would a judge accept what he was saying as fact or hearsay.

  Mayor Conger stated the Kemper became visibly angry and told him that he was going to force his hand. The Mayor asked if that was a threat and Kemper denied. The Mayor stated that he was trying to gather the facts but Kemper became belligerent. The Mayor informed him that he would not let him threaten him and that this would be the last time he would be allowed in his office. Kemper stated as he walked out that the next time he would be here with his attorney.

- This may be supported by Lori Lott's statement that on December 22, 2021, Kemper came to the Election Commission Office. She had no idea who he was or what he wanted a petition for. Immediately, he began to scream - "am I going to have to get my attorney down here to be able to file a petition?" He began yelling immediately.

## CITY OF JACKSON HARASSMENT POLICY

Harassment of any employee that unreasonably interferes with that individual's or another individual's work performance or creates an intimidating, hostile or offensive work environment is a violation of Title *VII* of the Civil Rights Act of 1964. You are prohibited from exhibiting such behavior, and may be subject to disciplinary action, up to and including termination of employment.

**Examples of harassment may be:**
1. Carrying a weapon with the intent to go armed;
2. Threatening advances made toward employees, supervisors or citizens:
3. Hostile work environment created by physical and/or verbal conduct;
4. Any negative remarks with regard to age, gender, race, color, religion or disability made directly or indirectly to or about another person.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable.
  He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit."

To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by the statement made by Arnold that when Kemper was teaching a class after the March 4, 2021 incident with Arnold, Kemper specifically chosen to speak about how to interact with subordinates and speak with employees. During the class, Kemper made the statement, "Gotta be careful. You don't know whose feelings you're going to hurt." Arnold felt as though this was directly aimed at him.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

  She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her. In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Corley's statement that when Kemper frequently became inappropriately agitated with the Chief and had to be reminded of his rank. Corley observed Kemper micromanaging Benton unnecessarily. He has observed Kemper's anger escalate in recent months.

**CITY OF JACKSON VIOLENCE IN THE WORKPLACE**
The City of Jackson has a policy of zero tolerance toward workplace violence. Consistent with this policy, acts or threats of physical violence, including intimidation, harassment, and/or coercion, actual or perceived, that threatens a City of Jackson employee or family member, or citizen will not be tolerated. If you violate any provision of this policy you will be subject to severe disciplinary action, up to and including termination of employment.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice.
  The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable.

  He frames it as being "chewed out" by Kemper. In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit."

14

To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

  She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her.

  In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

## CITY OF JACKSON ANTI-BULLYING IN THE WORKPLACE POLICY

The City of Jackson defines bullying as persistent, malicious, unwelcome, severe and pervasive mistreatment that harms, offends, degrades, intimidates or humiliates people either as individuals or as a group.

**Some examples of bullying behavior are:**
- Abusive and offensive language. Repeated infliction of verbal abuse, such as the use of derogatory remarks, insults and epithets.
- Personal attacks (angry outbursts, excessive profanity or name-calling).
- Unreasonable criticism.
- Deliberate exclusion or isolating people from normal work interaction.
- Work-related harassment (setting impossible deadlines, meaningless tasks).
- Unfairly blaming for mistakes (being held to a different standard that the rest of the work group).
- Setting people up for failure (sabotage of a co-worker's work product or undermining of an employee's work performance).
- Excessive micro-managing.
- Stalking,
- Unwelcome touching or unconsented-to touching.
- Conduct that a reasonable person would find hostile, offensive and unrelated to the City of Jackson's legitimate business interest.

- This may be supported by the fact that Michael Arnold filed a grievance regarding Major Kemper after an exchange where he was counting money with Jackie Benton and Paula Henning, and Kemper spoke to him in front of civilians using profanity and in a loud, angry voice. The attack was specifically targeted at individuals being left alone with money, and how this behavior was unacceptable. He frames it as being "chewed out" by Kemper.

15

In talking through the specifics, he observed that Kemper seems unnaturally focused on Jackie Benton, a captain. He has been advised and ordered that "if anyone in his unit is seen talking with Benton, she is an operational security issue, and that person will be kicked off of the unit."

To Arnold, Kemper was focused on Jackie Benton on March 4, 2021, when he improperly addressed Arnold using profanity in a loud voice, near civilians that were around (more specifics in his relevant documents). Other individuals from the unit became involved in the exchange, including Lt. Long, and Sgt. Cobb.

- This may be supported by the statement made by Arnold that when Kemper was teaching a class after the March 4, 2021 incident with Arnold, Kemper specifically chosen to speak about how to interact with subordinates and speak with employees. During the class, Kemper made the statement, "Gotta be careful. You don't know whose feelings you're going to hurt." Arnold felt as though this was directly aimed at him.

- This may be supported by Jackie Benton's statement in which she described Kemper yelling at her on more than one occasion, and that he attempted to get her JPD car taken away from her in retaliation for her reporting his behavior. She describes Kemper as "nitpicking" her, and not others; he has been observed "eavesdropping" outside of Chief Wiser's door.

  She asked for help in order to complete her duties, and Kemper assigned her Kelly Gregory for six weeks. Her opinion is that Kemper does not respond well to female leaders in power or positions of authority, and has taken deliberate action to have her demoted, even to the point of going to CID, the Comptroller, and others to try to create a problem for her. In her opinion, Kemper is a loose cannon who is demeaning and unprofessional to subordinates. He has hyper fixated on her and she is very uncomfortable with her workplace with Kemper in the supervisory role. This has been a longstanding pattern of treatment spanning multiple years.

- This may be supported by Story's statement that he has only had one direct "run in" with him during in-service active shooter training. After it was over, Kemper got in Story's face because he had heard that Story had said something about another supervisor. He got loud and pointed his finger in Story's face. He has observed Kemper with lots of animosity towards Jackie Benton, specifically. He has seen him riding around to see what Benton is doing with her time. He described the March 4, 2021 event as very inappropriate; his wife was present and wrote a letter about what she observed, which was inappropriate profanity and screaming by Kemper to Arnold in front of civilians.

- This may be supported by Siler's statement that when Kemper was promoted, you suddenly were not allowed to disagree with him. There was no compromising. He was angry. There were shouting matches with Wiser. The more he advanced in rank, the more pronounced the problems became. He had disagreements with those that outranked him. He tried to run over everyone.
  Siler believes he has a mental health or anger issue. He flies off of the handle in every way possible. He has learned now who in the department will tolerate this behavior. Jackie Benton has cried in his office because of how Kemper has treated her. Many of the subordinates worried about the repercussions of notifying others of his behavior, because he is vindictive. He has never seen anything like the way Kemper treats people, in such a poor way.

16

Kemper has been to supervisor training at the FBI academy, and each rank has additional training on how to talk to subordinates. Kemper knows better than most how he is not supposed to talk to anyone in law enforcement that way. The employees are belittled and demeaned.

He describes Kemper as a grudge holder, and that he has not observed any justifiable incident with respect to the treatment of Jackie Benton. Kemper self-initiated the audit of the seizure money to try to get her in trouble.
Jackie was not the only person with access - Kemper had access, too. He micromanages, and believes no one can do it correctly except him. He uses the threat of negative consequences, fear and intimidation to gain respect for his rank.

He has knowledge of spying on Jackie Benton, driving around the parking lot, jumping the chain of command, and has had two personal negative interactions with Kemper. He specifically expressed that lots of people dread coming to work because of Kemper, and that Kemper will cause JPD to lose employees and that this is costing the city.

- This may be supported by Mayor's Conger statement in reference to a meeting he had with Major Kemper on August 17, 2021. During the meeting, Mayor Conger was questioning the merits of Majors Kemper's statements in reference to Chief Wiser's leadership. He asked if he could verify the statements from his sources or was it hearsay and would a judge accept what he was saying as fact or hearsay.

Mayor Conger stated the Kemper became visibly angry and told him that he was going to force his hand. The Mayor asked if that was a threat and Kemper denied. The Mayor stated that he was trying to gather the facts but Kemper became belligerent. The Mayor informed him that he would not let him threaten him and that this would be the last time he would be allowed in his office. Kemper stated as he walked out that the next time he would be here with his attorney.

**CITY POLICY VIOLATION SECONDARY EMPLOYMENT**
Provided that there is no conflict of interest, impairment of work performance, and the secondary employment is pre-approved in writing, "moonlighting" may be permissible. Your Department Head has the authority to approve or disapprove secondary employment, and to decide when a conflict of interest exists. If you fail to obtain pre- approval of your secondary employment, you may be subject to disciplinary action and/or you may not be allowed to continue the secondary employment.

- This may be supported by the fact that while on paid administrative leave, Kemper moved to 1533 Laurenwood Way Highlands Ranch Colorado and 5539 Jaguar Way Highlands Ranch Colorado while working at Cherry Hill Community Church as the security director. Kemper then moved from Colorado to 88 Chamberlain Dr. Humboldt, TN and is currently working as Intern Chief of Police for the Medina Police Department without reporting it or obtaining permission for secondary, off duty employment or extra-duty employment for either of these positions. END