

# JACSKON POLICE DEPARTMENT
## HEARING SUMMARY

**Hearing:** 2/18/25 (Date)  10:00 (Time)   **Location:** Chief's Conference Room

**Attended by:** Chief Thom Corley - Hearing Officer   Major Phillip Kemper
Lt. Trey Charles Trull   Scottie Betts - Mayor of Medina
Sgt. Frank Yalda

**Statement of Hearing Officer:**

The administrative summons and the statement of charges were read into the record. Major Kemper was allowed the opportunity to respond to the charges. Major Kemper stated that all of his decisions were based on the advice from his attorney, and that he was not guilty of any policy violations listed on his statement of charges.

Chief Corley explained the seriousness of the charges and his concern for the repeated pattern of behavior and found Major Kemper to be in violation of the following policies: D.R. 104 Personal Conduct 2nd Offence (Level D), D.R. 107 Courtesy (Level D), D.R. 124 Off Duty Employment,
D.R. 302 Intimidation (Level D), D.R. 202 Giving Testimonial/Seeking Publicity/News Media, D.R. 303 Harassment (Level D), D.R. 606 Reporting Changes in Personal Status, G.O. A-245 Off Duty Employment Procedures, COJ Anti-Bullying, COJ Secondary Employment, COJ Harassment and the COJ Employee Conduct Policy.

Chief Corley stated that this type of conduct is not tolerated at the Jackson Police Department and separated Major Kemper's employment with the City of Jackson Police Department.

**Action Ordered:**

Termination - Effective immediately on 02/18/2025 @ 11A.M.

**Appeal Request:** [X] Will   [ ] Will not be filed

02/18/2025
Date

Signature

TCT 2-18-25

EXHIBIT 3

JPD Form #225-2020

**SCOTT CONGER, MAYOR**             **THOM CORLEY, CHIEF OF POLICE**

APPEALS PROCESS

For an appeal of disciplinary action given, the employee has 5 days to submit his appeal. Where the hearing officer is the Chief of Police, employees have the option of appealing the decision to the Mayor of the City of Jackson or to the Civil Service Commission of the City of Jackson (if a sworn, non-probationary officer).

Should the employee elect to appeal to the Mayor, the Chief of Police will prepare the Hearing Summary and forward all of the material to the Mayor. The Mayor, upon review of the file, will set a date, time and place for the hearing and the employee will be so notified.

Should the accused sworn employee desire a hearing before the Civil Service Commission, the employee has 5 days to submit his appeal. The appeal will be made directly to the Civil Service Commission in accordance with their guidelines for filing an appeal found in the Charter of the City of Jackson. All suspensions of more than three consecutive days, demotions and terminations are subject to an appeal and review by the Civil Service Commission based upon application and appeal by the employee. (A-235)

**CHIEF THOM CORLEY**
234 INSTITUTE ST.
JACKSON, TN 38301
(731) 425-84656

**MAYOR SCOTT CONGER**
121 EAST MAIN ST. SUITE 301
JACKSON, TN 38301
(731) 425-8240

**CIVIL SERVICE BOARD**
C/O Director of Human Resources

Written request for a hearing must be made in writing to the commission chairman within five (5) working days from the date of discharge, demotion or suspension. (City Charter)

Kelsea Merriweather
731-425-8252
kelseamerriweather@jacksontn.gov